UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Charlene M. Marsh, et al.
                              Plaintiff,

v.                                                         Case No.: 1:23−cv−06104
                                                          Honorable Jorge L. Alonso

City of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2025:

       MINUTE entry before the Honorable Jorge L. Alonso: The Court is aware that a motion to vacate the judgment has been filed by Plaintiff Notre Dame Affordable Housing in 1:18−cv−8116, arguing that the judgment that the Plaintiffs lacked standing should be vacated due to fraud on the Court. Because the resolution of that motion will inform the analysis of whether Plaintiffs' proposed amendment in this action is futile, the Court sua sponte denies Plaintiffs' motion for leave to amend [56] without prejudice to reinstatement after the resolution of the motion in 1:18−cv−8116 and stays this action. Within 14 days of a decision on that motion, the parties shall file a joint status report in this case informing the Court of next steps in this litigation. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.